818

No. 85–1889. ZACHARY ET AL. v. WILK ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 85–1893. EISENBERGER v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 85–1896. DeLUSIGNAN v. GOULD, RECEIVER-TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 85–1904. KINNEY v. KINNEY. App. Ct. Conn. Certiorari denied.

No. 85–1905. YONG BING-NAM, AKA PIAN-NAM v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–1906. ALANIZ v. McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 85–1907. RICE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–1908. WESLEY v. ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 85–1913. BAUER ET AL. v. COASTSIDE PUBLISHERS & PRINTERS ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 85–1914. LaROUCHE v. NATIONAL BROADCASTING CO., INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–1916. ALONSO v. GRAND NATIONAL BANK ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1918. L. B. G. PROPERTIES, INC. v. CHISHOLM REALTY CO., LTD. C. A. 11th Cir. Certiorari denied.

No. 85–1921. MAURIELLO v. UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.